# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al., ex rel.* ) | |
| MARK McGUIRE, *et al.* ) | Civil Action Nos.: |
| ) | 09cv12209-NMG |
| Plaintiffs, ) | 12cv10132-NMG |
| ) | 12cv10631-NMG |
| v. ) | 12cv12387-NMG |
| ) | 13cv10825-NMG |
| ) | 14cv14276-NMG |
| MILLENNIUM LABORATORIES, INC., *et al.*, ) | 15cv10821-NMG |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions

of the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, Millennium Health LLC

("Millennium"), and Relators Estate of Robert Cunningham, Mark McGuire, Ryan Uehling,

Omni Healthcare Inc. and John Doe (Craig Deligdish), Wendy Johnson, Allstate Insurance Co.

and Lawrence K. Spitz, and Amadeo Pesce filed a Stipulation of Dismissal. Upon due

consideration of the Stipulation and the papers on file in those actions,

**IT IS HEREBY ORDERED** that,

Consistent with the terms of the October 16, 2015, federal settlement agreement executed

by the United States, Millennium, and Relators (the "Settlement Agreement"):

1.      All claims asserted on behalf of the United States against Millennium in the

United States' Complaint in Intervention and the Relators' Civil Actions shall be dismissed with

prejudice, except that claims asserted on behalf of the United States not included in the "Covered

Conduct" (as defined in the Settlement Agreement) are dismissed without prejudice as to the

United States; and

2.      Relators' respective claims, between and among themselves, for a portion of the agreed-upon "relator share" of the Settlement Amount pursuant to Paragraph 2 of the Settlement Agreement; Relators' claims against Millennium for reasonable attorneys' fees, expenses, and costs pursuant to 31 U.S.C. § 3730(d) or any analogous provisions in state false claims statutes or state retaliation laws; Relators' claims against Millennium under 31 U.S.C. § 3730(h) or any analogous provisions in state false claims statutes or state retaliation laws; and Relators' claims against the States for a share of the State settlement amounts are not dismissed and will remain pending until further Order of this Court.

**IT IS SO ORDERED**, this 24th day of ___March___, 2016.

_____
NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE